NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CAROL A. TRUFANT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

———————————

2013-3168

———————————

Petition for review of the Merit Systems Protection Board in No. DC0752920492-C-3.

———————————

**ON MOTION**

———————————

**O R D E R**

Carol A. Trufant requests an extension of time of 30 days to file a certified list, certificate of interest, and informal brief.

The Merit Systems Protection Board is responsible for filing the certified list in this appeal.  Fed. Cir. R. 17(b)(2) ("No later than 40 days after the court serves a petition for review or notice of appeal on an agency, the agency must

send to the clerk the certified list or index and a copy of the decision or order being appealed.")

The deadline for Ms. Trufant's informal brief has not yet been determined. It will be determined from the date on which the MSPB serves the certified list. If, after the deadline is established, Ms. Trufant wishes to request an extension of time, she may do so then.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time of 30 days to file a certificate of interest is granted.

(2) The motion for an extension of time to file a certified list is denied as moot.

(1) The motion for an extension of time to file her informal brief is denied without prejudice to Ms. Trufant requesting an extension after the deadline is determined.


FOR THE COURT


/s/  Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk

s24